■ CITY OF BUFFALO, Appellant, v JACEK A. WYSOCKI et al., Respondents. (Appeal No. 2.)

Present — Dillon, P. J., Doerr, Denman, Boomer and Schnepp, JJ.